UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

       Plaintiff,                      Case No. 04-73348

                                       Hon. Marianne O. Battani

v.

QUADRO B. WELLS,

       Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING
AS MOOT OBJECTION TO WRIT OF CONTINUING GARNISHMENT**

    Plaintiff applied for a writ of continuing garnishment to obtain funds belonging to Defendant Quadro Wells. Defendant requested a hearing regarding the garnishment of his wages, which was construed as an objection to garnishment.

    The Court referred this matter to Magistrate Judge David R. Grand, who issued a Report and Recommendation ("R&R") on October 22, 2013. Magistrate Grand recommended that the Court deny the objection as moot based upon the parties' notice to the Court that the parties had reached a resolution and placed the terms of the agreement on the record.

    In his R&R, Magistrate Judge Grand informed the parties that objections to the R&R must be filed within "14 days of service" and that a "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." (R&R at 2-3). Neither party filed an objection, and any right to *de novo* review and appeal has been waived.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **DENIES** Defendant's objection as moot.

**IT IS SO ORDERED.**

                    s/Marianne O. Battani
                    MARIANNE O. BATTANI
                    UNITED STATES DISTRICT JUDGE

DATE: November 20, 2013


## CERTIFICATE OF SERVICE

Copies of this Order were mailed and/or e-filed to Defendant and counsel of record on this date.

                    s/Bernadette M. Thebolt
                    Case Manager